IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

STATE OF ARKANSAS *ex rel.*
DUSTIN MCDANIEL, ATTORNEY GENERAL                               PLAINTIFF

v.                    Case No:  4:12-cv-497

KENNETH SALLIES                                                  DEFENDANT

**PLAINTIFF'S REQUEST FOR ENTRY OF CLERK'S DEFAULT**

PLAINTIFF, State of Arkansas *ex rel.* Dustin McDaniel, Attorney General, ("the State") for its Request for Entry of Clerk's Default states and alleges as follows:

1. On August 9, 2012, the State filed its original complaint against Kenneth Sallies alleging violations of the Telemarketing and Consumer Fraud and Abuse Prevention Act, 15 U.S.C. §§ 6101-6108, the Telemarketing Sales Rules, 16 C.F.R. § 310, the Arkansas Consumer Telephone Privacy Act, ARK. CODE ANN. § 4-99-401, *et seq.*, and the Arkansas Deceptive Trade Practices Act, ARK. CODE ANN. § 4-88-101, *et seq.*

2. Despite the State's best efforts, the whereabouts of Kenneth Sallies remain unknown. The Court granted the State permission to serve the Defendant via a Warning Order. (*See* Docket Entry # 5)

3. On May 2, 2013, the State filed an affidavit by Assistant Attorney General Bart Calhoun proving that service on the Defendant had been perfected. (*See* Docket Entry # 6)

4. Despite obtaining proper service on the Defendant, the Defendant has failed to answer the State's Complaint.  The State has filed an affidavit with the Court stating that thirty days have elapsed since the first publication of the warning order.  The affidavit also states that

thirty days have elapsed since a letter enclosing a copy of the warning order and the Complaint was sent to the Defendant at his last known address by restricted delivery. (*See* Docket Entry # 6)

WHEREFORE, the Plaintiff State of Arkansas asks that the Clerk enter the Default of Defendant Kenneth Sallies.

> Respectfully Submitted,
>
> DUSTIN MCDANIEL
> Attorney General
>
> By:
> /s/    Bart Calhoun_____
> Bart W. Calhoun, Ark. Bar No. 2011221
> Assistant Attorney General
> Office of the Arkansas Attorney General
> 323 Center Street, Suite 200
> Little Rock, Arkansas  72201
> (501) 682-3561
> bart.calhoun@arkansasag.gov
>
> Sarah R. Tacker, Ark. Bar No. 2002189
> Senior Assistant Attorney General
> Office of the Arkansas Attorney General
> 323 Center Street, Suite 500
> Little Rock, Arkansas  72201
> (501) 683-1321
> sarah.tacker@arkansasag.gov